**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  TESTOSTERONE | ) | |
| REPLACEMENT THERAPY | ) | Case No. 14 C 1748 |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2545 |
| | ) | |
| This Document Relates To: | ) | |

*Robert Corbett v. AbbVie Inc.et al.*
Case No. 15-cv-03027

**DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE**
**PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER NO. 9**

Pursuant to Second Amended Case Management Order No. 9 (Plaintiff Fact Sheets and Records Authorizations) ("Second Amended CMO 9") (ECF No. 984), Defendants AbbVie, Inc., Abbott Laboratories (collectively, "AbbVie Defendants"[1]), Auxilium Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and GlaxoSmithKline LLC  by their undersigned counsel, move this Court for the entry of an Order dismissing with prejudice the action *Robert Corbett v. AbbVie Inc. et al.*, Case No. 15-cv-03027, for Plaintiff Robert Corbett's ("Plaintiff") failure to complete and serve an executed Plaintiff Fact Sheet ("PFS"), and in support thereof state as follows:

1.      On March 3, 2015, this Court entered Amended Case Management Order No. 9 ("Amended CMO 9") directing each plaintiff with a Member Action filed after entry of Amended CMO 9 to serve and produce a completed and executed PFS to the defendants, along with all responsive, non-privileged documents requested in the PFS in his or her possession or custody, within 80 days from the date their Member Action was filed or transferred to the MDL Court.  (*See* Amended CMO 9, ECF No. 666, at ¶ V(B).)  Second Amended CMO 9, entered by the Court on September 16, 2015, replaced Amended CMO 9 but retained these provisions.

---

[1] AbbVie was established in January 2013 as an independent, publicly traded company from the innovative pharmaceutical business of codefendant Abbott Laboratories, which no longer sells AndroGel in the United States.

2. Second Amended CMO 9 further provides that, should any plaintiff fail to timely serve an executed PFS, the defendants shall send a Warning Letter via email to that plaintiff's attorney of record, with a courtesy copy via email to Michelle L. Kranz. (*Id.* at ¶ II(E)(1)(a).)

3. If a plaintiff fails to provide an executed PFS within forty-five days of her counsel's receipt of the Warning Letter, the defendants may move the Court for dismissal of that plaintiff's case with prejudice. (*Id.* at ¶ II(E)(2).)

4. Plaintiff filed his Complaint in the Northern District of Illinois on April 7, 2015. Accordingly, Plaintiff's action was filed after entry of Amended CMO 9 and Plaintiff was required to serve an executed PFS by July 10, 2015.

5. Plaintiff failed to serve an executed PFS by that date. (*See* Declaration of Christopher Boisvert, attached hereto as Exhibit A, at ¶ 4.)

6. On August 27, 2015, Defendants sent a Warning Letter to Plaintiff's counsel of record, with a courtesy copy via email to Michelle L. Kranz. (*Id.* at ¶ 5.) Accordingly, Plaintiff had until October 11, 2015 to serve his PFS. Instead, Plaintiff's counsel responded to the Warning Letter by filing a Motion to Withdraw (ECF No. 8).

7. Defendants have still not received the required PFS, and Plaintiff's case should be dismissed with prejudice. (*Id.* at ¶ 6.)

**WHEREFORE**, AbbVie Defendants, Auxilium Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., and GlaxoSmithKline LLC respectfully request that this Court enter an Order dismissing Plaintiff Robert Corbett's case with prejudice and awarding such other relief as the Court deems just and proper.

Dated: December 2, 2015

/s/ *Christopher R. Boisvert*
Christopher R. Boisvert
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104-2808
Telephone: (215) 994-2312
chip.boisvert@dechert.com

Michelle Hart Yeary
 DECHERT LLP
A Pennsylvania Limited Liability Partnership
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
Telephone: (609) 955-3200
michelle.yeary@dechert.com
*Counsel for AbbVie Inc. and*
*Abbott Laboratories, Inc.*

/s/ *Andrew K. Solow*
Andrew K. Solow
Kaye Scholer LLP
250 West 55th Street
New York, NY 10022
(212) 836-7740
Email:  Andrew.Solow@kayescholer.com
*Counsel for Endo Pharmaceuticals Inc.,*
*Auxilium Pharmaceuticals, Inc., &*
*GlaxoSmithKline LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher R. Boisvert, hereby certify that on December 2, 2015, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy was also served via email to Michelle L. Kranz, at Pservice@toledolaw.com.

          */s/ Christopher R. Boisvert*