# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Robert Corbett,                          )
             Plaintiff,                 )
                                )

             v.                          )         Case No. 15 C 3027
                                )

AbbVie Inc., et al.,                     )        Judge: Matthew F. Kennelly
             Defendants.             )

## ORDER

The Court grants defendants' motion to dismiss this case with prejudice [dkt. no. 13]. The motion discloses that plaintiff failed to provide a plaintiff's fact sheet as required by Second Amended Case Management Order (CMO) 9 within the time required and still failed to do so after defense counsel served a warning letter as provided in CMO 9. Plaintiff has failed to respond to the motion to dismiss within the time required by CMO 9, ¶ E.2.c, and has not sought an extension of time.  On the present record, plaintiff has offered no viable excuse for his failure to submit a plaintiff's fact sheet.  The points made in the motion to withdraw filed by plaintiff's counsel do not excuse plaintiff's noncompliance with CMO 9.  The motion to withdraw is terminated as moot [dkt. no. 8]. Plaintiff's counsel of record are ordered to send a copy of this order to plaintiff and is further directed to certify compliance with this directive, via a written verification filed in this case, within 14 days of the entry of this order.  The Clerk is directed to enter judgment dismissing this case with prejudice.


_____
MATTHEW F. KENNELLY
United States District Judge

Date: March 7, 2016